Rose Kimen, Appellant, v. Amy B. Ettelson and Leonard B. Ettelson, Executrix and Executor of Last Will and Testament of Samuel A. Ettelson, Deceased, and Leonard B. Ettelson, Appellees.

Gen. No. 40,796.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940. H. J. Thal, for appellant; Roy S. Gaskill, of counsel; Edward C. Higgins and Levinson, Becker, Peebles & Swiren, for appellees. Opinion by Presiding Justice Matchett. ''Not to be published in full.''